IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM PAUL SHAVER, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:09-CV-720-Y |
| | § | |
| REBECCA TAMEZ, Warden, | § | |
| FCI-Fort Worth, | § | |
|     Respondent. | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner William Paul Shaver, along with the March 5, 2010, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 26 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated in the magistrate judge's findings and conclusions, the motion to dismiss of respondent Tamez should be granted and the petition for writ of habeas corpus should be denied.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

The motion to dismiss (docket no. 9) is GRANTED and the petition for writ of habeas corpus will be denied.

Petitioner William Paul Shaver's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED April <u>6</u>, 2010.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE